**No. 61566.**—Ciro of Bond Street, Inc. v. United States, protest 302063–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

**No. 61567.**—Air Clearance Assn., Inc. v. United States, protest 302805–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

**No. 61568.**—Samuel Shapiro & Co., Inc. v. United States, protests 313676–K and 321195–K (Baltimore).

Opinion by OLIVER, C. J.   The protests were dismissed.

**No. 61569.**—Bates Thompson, Inc., et al. v. United States, protests 132676–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.